```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 23562
   JAVON RICE
   TAJUANA RICE                              CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-1531    SSN XXX-XX-8517


-------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 12/14/2007 and was confirmed 03/03/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 10/21/2008.
-------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00            .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE     928.75            .00         928.75
DELL PREFERRED ACCOUNT    SECURED NOT I        .00            .00            .00
DELL PREFERRED ACCOUNT    UNSECURED      NOT FILED            .00            .00
SANTANDER CONSUMER USA    SECURED VEHIC    5600.00         255.67         883.04
ACCOUNT RECOVERY SERVICE  NOTICE ONLY    NOT FILED            .00            .00
AMERICAN FAMILY INSURANC  UNSECURED      NOT FILED            .00            .00
ACCOUNTING MANAGEMENT SE  NOTICE ONLY    NOT FILED            .00            .00
ARROW FINANCIAL SERVICES  NOTICE ONLY    NOT FILED            .00            .00
AT&T WIRELESS             UNSECURED      NOT FILED            .00            .00
CAPITAL ONE               UNSECURED        1047.91            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        2979.56            .00            .00
COMPREHENSIVE CHRIST MED  UNSECURED      NOT FILED            .00            .00
CREDITORS COLLECTION BUR  NOTICE ONLY    NOT FILED            .00            .00
DIRECTV                   UNSECURED      NOT FILED            .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED        1682.01            .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED        3002.69            .00            .00
EMERGENCY CARE HEALTH  O  UNSECURED      NOT FILED            .00            .00
ENCORE RECEIVABLE MANAGE  NOTICE ONLY    NOT FILED            .00            .00
GREAT LAKES FINANCIAL SV  UNSECURED      NOT FILED            .00            .00
GREEN TREE SERVICING LLC  UNSECURED       12770.40            .00          44.77
PORTFOLIO RECOVERY ASSOC  UNSECURED         929.40            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        1282.12            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         512.13            .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED      NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        2286.25            .00            .00
MUTUAL HOSPITAL SVC INC   NOTICE ONLY    NOT FILED            .00            .00
NCO FIN/99                NOTICE ONLY    NOT FILED            .00            .00
NEXTEL SPRINT             UNSECURED      NOT FILED            .00            .00
PAYDAY LOAN SERVICE       UNSECURED      NOT FILED            .00            .00
AMERITECH OF ILLINOIS     UNSECURED      NOT FILED            .00            .00
ST JAMES HOSPITAL & HEAL  UNSECURED      NOT FILED            .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 23562 JAVON RICE & TAJUANA RICE
```

```
ST MARGARET HEALTH CENTE  UNSECURED      NOT FILED              .00              .00
SULLIVAN URGENT AID       UNSECURED      NOT FILED              .00              .00
UNITED COLLECTIONS        NOTICE ONLY    NOT FILED              .00              .00
US CELLULAR               UNSECURED      NOT FILED              .00              .00
VERIZON WIRELESS          UNSECURED       1548.93               .00              .00
OSI COLLECTIONS           UNSECURED        487.57               .00              .00
OSI COLLECTIONS           UNSECURED            .00              .00              .00
SANTANDER CONSUMER USA    UNSECURED       4252.84               .00              .00
SELECT LEGAL PC           DEBTOR ATTY    2,000.00                          2,000.00
TOM VAUGHN                TRUSTEE                                            357.59
DEBTOR REFUND             REFUND                                             841.26

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                             RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                      5,311.08

PRIORITY                                                  .00
SECURED                                              1,811.79
   INTEREST                                            255.67
UNSECURED                                               44.77
ADMINISTRATIVE                                       2,000.00
TRUSTEE COMPENSATION                                   357.59
DEBTOR REFUND                                          841.26
                            ---------------    ---------------
TOTALS                       5,311.08                5,311.08
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 01/27/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                        PAGE   2
     CASE NO. 07 B 23562 JAVON RICE & TAJUANA RICE